UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Prabakaran Kesavan

Case No.: __17-12458/JNP__
Chapter: __7__
Judge: __JNP__

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __May 2, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>1 Brooklyn Court*<br>Blackwood, NJ<br>FMV - $300,000.00<br>*Debtor only has a 50% interest in the Property |
|---|---|

| Liens on property: | Quicken - $155,352.00<br>Wells Fargo - $158,469.00 |
|---|---|

| Amount of equity claimed as exempt: | $10,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:     117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12458-JNP
Prabakaran Kesavan                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                 Page 1 of 1              Date Rcvd: Mar 31, 2017
                              Form ID: pdf905             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
```
db             +Prabakaran Kesavan,    201 Route 38 West,     Moorestown, NJ 08057-3224
516634892      +Capital One,    Po Box 30285,     Salt Lake City, UT 84130-0285
516634894      +Indira Prabakaran,     1 Brooklyn Court,    Blackwood, NJ 08012-3954
516634898      +Wells Fargo Bank,    Mac-F8235-02f,     Po Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516634893      +E-mail/Text: mrdiscen@discover.com Mar 31 2017 23:43:33      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516634895      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 31 2017 23:44:42      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516634896      +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 23:42:40      Synchrony Bank/Sams Club,
                 Po Box 965064,    Orlando, FL 32896-5064
516634897      +E-mail/Text: bankruptcy@td.com Mar 31 2017 23:44:25      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran   Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```