**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−12458−JNP | **DATE FILED::** 2/8/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Prabakaran Kesavan<br>xxx−xx−3582 | ADDRESS OF DEBTOR(S):<br><br>201 Route 38 West<br>Moorestown, NJ 08057 |
| DEBTOR'S ATTORNEY:<br>Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I−4<br>Turnersville, NJ 08012<br><br>(856) 228−7964 | TRUSTEE:<br>Joseph Marchand<br>117−119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451−7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/17/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 17, 2017                              FOR THE COURT
                                                                    Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 17-12458-JNP
Prabakaran Kesavan                                           Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 1          Date Rcvd: Apr 18, 2017
                               Form ID: noa               Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db             +Prabakaran Kesavan,     201 Route 38 West,    Moorestown, NJ 08057-3224
516634894      +Indira Prabakaran,    1 Brooklyn Court,    Blackwood, NJ 08012-3954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Apr 18 2017 21:58:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516634892      +EDI: CAPITALONE.COM Apr 18 2017 21:58:00      Capital One,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516634893      +EDI: DISCOVER.COM Apr 18 2017 21:58:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516634895      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 18 2017 22:15:33      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516634896      +EDI: RMSC.COM Apr 18 2017 21:58:00      Synchrony Bank/Sams Club,   Po Box 965064,
                 Orlando, FL 32896-5064
516634897      +EDI: TDBANKNORTH.COM Apr 18 2017 21:58:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04240-7799
516634898      +EDI: WFFC.COM Apr 18 2017 21:58:00      Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                             TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph Marchand,    117-119 West Broad St.,    PO Box 298,   Bridgeton, NJ 08302-0228
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```