UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Chapter 7 Trustee

**Order Filed on April 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Prabakaran Kesavan

Case No.: 17-12458/JNP

Judge: Jerrold N. Poslusny, Jr.

Chapter: 7

Recommended Local Form: ☒ Followed  ☐ Modified

# ORDER AUTHORIZING RETENTION OF ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: April 25, 2017

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:       Prabakaran Kesavan _____

Case No.:    17-12458/JNP _____

Applicant:   Joseph D. Marchand _____

(check all that apply)  ☒ Trustee:   ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:      Joseph D. Marchand, Esquire _____

Address of Professional:    117-119 West Broad Street _____

P.O. Box 298 _____

Bridgeton, NJ 08302 _____

_____

☒ Attorney for (check all that apply):

☒ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*