Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12458−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Prabakaran Kesavan
   201 Route 38 West
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on May 15, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 18
Order Granting Application to Employ Giuliano, Miller & Company, LLC as Accountant for Trustee (Related Doc # 18). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/15/2017. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 15, 2017
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-12458-JNP
Prabakaran Kesavan                                                     Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 15, 2017
                  Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
acc        +Giuliano, Miller & Company LLC,   Berlin Business Park,   140 Bradford Drive,    West Berlin, NJ 08091-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      Joseph Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net, jjresq1@comcast.net
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5