**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

Order Filed on May 15, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br> Prabakaran Kesavan | Case No.: 17-12458/JNP |
| | Judge: Jerrold N. Poslusny, Jr. |
| | Chapter: 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF ACCOUNTANT FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 15, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:      Prabakaran Kesavan

Case No.:   17-12458/JNP

Applicant:   Joseph D. Marchand

(check all that apply) ☑ Trustee:   ☑ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

                  ☐ Debtor:   ☐ Chap. 11     ☐ Chap. 13

                  ☐ Official Committee of _____

Name of Professional:     Giuliano, Miller & Company, LLC

Address of Professional:   Berlin Business Park

                              140 Bradford Drive

                              West Berlin, NJ 08091

☐ Attorney for (check all that apply):

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☑ Accountant for:

    ☑ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-12458-JNP
Prabakaran Kesavan                                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 15, 2017
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db             +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Joseph Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
       jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
      Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
       jjresq1@comcast.net
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 5