UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-12458/JNP |
| Prabakaran Kesavan | Chapter: | 7 |
| | Judge: | Jerrold N. Poslusny, Jr. |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Joseph D. Marchand, Esquire, Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

**Address of the Clerk:**  Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on June 13, 2017 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper Street, 4th Floor, Camden, NJ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:**  Possible Fraudulent Transfer of funds totaling $15,255.92 made by the Debtor on or about December 30, 2016, in violation of 11 USC §548(b).

**Pertinent terms of settlement:**  Trustee will not pursue a Fraudulent Transfer action in exchange for payment of $10,000.00 to be made to the Bankruptcy Estate by Prabakaran Kesavan.

Payment of $10,000.00 will be due upon execution of the Stipulation of Settlement with the Trustee.

Settlement is contingent upon no objections being made to the Settlement of Controversy Notice to be filed by the Trustee and noticed by the Clerk's Office to all creditors.  If an objection is sustained this settlement is deemed null and void.

Prabakaran Kesavan, Debtor, waives the right to file a Proof of Claim in the Bankruptcy Estate.

Trustee and Attorney for Trustee reserves all rights under Section 506(c) to make application for costs, expenses, and fees.

A full copy of the Stipulation of Settlement has been filed with the Court and is available for review.

The Trustee feels that this is a reasonable settlement considering the costs to pursue litigating a Fraudulent Transfer action.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Esquire, Trustee

Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-12458-JNP
Prabakaran Kesavan                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1         Date Rcvd: May 16, 2017
                        Form ID: pdf905       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db         +Prabakaran Kesavan,   201 Route 38 West,   Moorestown, NJ 08057-3224
acc        +Giuliano, Miller & Co., LLC,   Berlin Business Park,   140 Bradford Drive,
             West Berlin, NJ 08091-9216
516634892  +Capital One,   Po Box 30285,   Salt Lake City, UT 84130-0285
516810772   Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516634894  +Indira Prabakaran,   1 Brooklyn Court,   Blackwood, NJ 08012-3954
516634898  +Wells Fargo Bank,   Mac-F8235-02f,   Po Box 10438,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: jdmarchand@comcast.net May 16 2017 22:34:24    Joseph Marchand, Esq.,
             117-119 West Broad Street,   PO Box 298,   Bridgeton, NJ 08302-0228
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 16 2017 22:33:43    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2017 22:33:39    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516782165   E-mail/Text: mrdiscen@discover.com May 16 2017 22:33:00    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516634893  +E-mail/Text: mrdiscen@discover.com May 16 2017 22:33:00    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
516634895  +E-mail/Text: bankruptcyteam@quickenloans.com May 16 2017 22:33:57    Quickn Loans,
             1050 Woodward Ave,   Detroit, MI 48226-1906
516634896  +E-mail/PDF: gecsedi@recoverycorp.com May 16 2017 22:26:29    Synchrony Bank/Sams Club,
             Po Box 965064,   Orlando, FL 32896-5064
516634897  +E-mail/Text: bankruptcy@td.com May 16 2017 22:33:45    TD Bank, N.A.,   Attn: Bankruptcy,
             32 Chestnut St,   Lewiston, ME 04240-7799
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*        +Giuliano, Miller & Company LLC,   Berlin Business Park,   140 Bradford Drive,
             West Berlin, NJ 08091-9216
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5