**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Prabakaran Kesavan** | Social Security number or ITIN   xxx–xx–3582 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number:   17–12458–JNP | | |

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Prabakaran Kesavan

5/19/17

**By the court:**  Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Prabakaran Kesavan
          Debtor

Case No. 17-12458-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: May 19, 2017
                           Form ID: 318       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224
acc            +Giuliano, Miller & Co., LLC,    Berlin Business Park,    140 Bradford Drive,
                West Berlin, NJ 08091-9216
516634894      +Indira Prabakaran,    1 Brooklyn Court,    Blackwood, NJ 08012-3954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: QJDMARCHAND.COM May 19 2017 22:58:00     Joseph Marchand, Esq.,
                117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
tr             +EDI: QJDMARCHAND.COM May 19 2017 22:58:00     Joseph Marchand,    117-119 West Broad St.,
                PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516634892      +EDI: CAPITALONE.COM May 19 2017 22:48:00     Capital One,    Po Box 30285,
                Salt Lake City, UT 84130-0285
516810772       EDI: CAPITALONE.COM May 19 2017 22:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516782165       EDI: DISCOVER.COM May 19 2017 22:48:00     Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
516634893      +EDI: DISCOVER.COM May 19 2017 22:48:00     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516634895      +E-mail/Text: bankruptcyteam@quickenloans.com May 19 2017 23:15:06     Quickn Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
516634896      +EDI: RMSC.COM May 19 2017 22:48:00     Synchrony Bank/Sams Club,    Po Box 965064,
                Orlando, FL 32896-5064
516634897      +EDI: TDBANKNORTH.COM May 19 2017 22:58:00     TD Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,    Lewiston, ME 04240-7799
516634898      +EDI: WFFC.COM May 19 2017 22:58:00     Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,
                Des Moines, IA 50306-0438
                                                                                   TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph Marchand,    117-119 West Broad St.,    PO Box 298,    Bridgeton, NJ 08302-0228
acc*           +Giuliano, Miller & Company LLC,    Berlin Business Park,    140 Bradford Drive,
                West Berlin, NJ 08091-9216
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand   on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers   on behalf of Debtor Prabakaran  Kesavan jjresql@comcast.net,
               jjresql@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5