UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 12, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
(JM5998)

| | |
|---|---|
| In Re: | Case No. 17-12458/JNP |
| Prabakaran Kesavan, | Hearing date: September 12, 2017 |
| Debtor(s) | Judge: Jerrold N. Poslusny, Jr. |

### ORDER BARRING AND EXPUNGING CLAIMS IN CREDITOR REGISTER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for Prabakaran Kesavan, seeking an Order Barring and Expunging Claims in Creditor Register, and good cause appearing therefore, it is hereby

**ORDERED THAT** the Claims of the following creditor(s) are hereby **BARRED,** except as provided in 11 U.S.C. § 726(a)(3), for failure to file a Proof of Claim:

> Quicken Loans, Inc. (Ac#...4418)
> Wells Fargo Bank (Ac#...0001)
> D Bank, N.A. (Ac#...0032)

**IT IS FURTHER ORDERED THAT** the following creditors are hereby deemed to have properly filed **GENERAL UNSECURED NONPRIORITY CLAIMS:**

| | | | |
|---|---|---|---|
| **Claim #1** | Discover Bank, Discover Products, Inc. (Ac#...2201) | (Unsecured) | $ 4,285.56 |
| **Claim #2** | Capital One Bank (USA), N.A., by American InfoSource LP (Ac#...8044) | (Unsecured) | $14,790.83 |
| **Claim #3** | Capital One Bank (USA), N.A., by American InfoSource LP (Ac#...9231) | (Unsecured) | $ 131.96 |
| **Claim #4** | Portfolio Recovery Associates, LLC c/o Sams Club Mastercard (Ac#...4492) | (Unsecured) | $ 9,899.02 |