UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 12,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
(JM5998)

In Re:

Prabakaran Kesavan,

Debtor(s)

Case No. 17-12458/JNP

Hearing date:  September 12, 2017

Judge:  Jerrold N. Poslusny, Jr.

## ORDER BARRING AND EXPUNGING CLAIMS IN CREDITOR REGISTER

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**

**DATED: September 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the application by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for Prabakaran Kesavan, seeking an Order Barring and Expunging Claims in Creditor Register, and good cause appearing therefore, it is hereby

**ORDERED THAT** the Claims of the following creditor(s) are hereby **BARRED,** except as provided in 11 U.S.C. § 726(a)(3), for failure to file a Proof of Claim:

> Quicken Loans, Inc. (Ac#...4418)
> Wells Fargo Bank (Ac#...0001)
> D Bank, N.A. (Ac#...0032)

**IT IS FURTHER ORDERED THAT** the following creditors are hereby deemed to have properly filed **GENERAL UNSECURED NONPRIORITY CLAIMS:**

| | | | |
|---|---|---|---|
| **Claim #1** | Discover Bank, Discover Products, Inc. (Ac#...2201) | (Unsecured) | $ 4,285.56 |
| **Claim #2** | Capital One Bank (USA), N.A., by American InfoSource LP (Ac#...8044) | (Unsecured) | $14,790.83 |
| **Claim #3** | Capital One Bank (USA), N.A., by American InfoSource LP (Ac#...9231) | (Unsecured) | $    131.96 |
| **Claim #4** | Portfolio Recovery Associates, LLC c/o Sams Club Mastercard (Ac#...4492) | (Unsecured) | $ 9,899.02 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-12458-JNP
Prabakaran Kesavan                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Sep 12, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db              +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Joseph  Marchand   on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
                jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph  Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
                jjresql@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5