Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12458−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Prabakaran Kesavan
   201 Route 38 West
   Moorestown, NJ 08057

Social Security No.:
   xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       11/2/17
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Joseph Marchand, Trustee's Attorney, period: 4/25/2017 to 9/29/2017

COMMISSION OR FEES
FEES: $2016.00

EXPENSES
$137.85

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 2, 2017
JAN: kvr

                                                        Jeanne Naughton
                                                        Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                      Case No. 17-12458-JNP
Prabakaran Kesavan                                                          Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin               Page 1 of 1           Date Rcvd: Oct 02, 2017
                             Form ID: 137              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db            +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224
acc           +Giuliano, Miller & Co., LLC,    Berlin Business Park,    140 Bradford Drive,
                West Berlin, NJ 08091-9216
516634892     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516810772      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516634894     +Indira Prabakaran,    1 Brooklyn Court,    Blackwood, NJ 08012-3954
516634898     +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: jdmarchand@comcast.net Oct 02 2017 23:32:05      Joseph Marchand, Esq.,
                117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2017 23:31:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2017 23:31:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516782165      E-mail/Text: mrdiscen@discover.com Oct 02 2017 23:30:27      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516634893     +E-mail/Text: mrdiscen@discover.com Oct 02 2017 23:30:27      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
516945114      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2017 23:34:27
                Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,    POB 41067,
                Norfolk VA 23541
516634895     +E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2017 23:31:33      Quickn Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
516634896     +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 23:28:10      Synchrony Bank/Sams Club,
                Po Box 965064,    Orlando, FL 32896-5064
516634897     +E-mail/Text: bankruptcy@td.com Oct 02 2017 23:31:15      TD Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*          +Giuliano, Miller & Company LLC,    Berlin Business Park,    140 Bradford Drive,
                West Berlin, NJ 08091-9216
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```