Form 192 – aplccmpnrpt

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
401 Market Street  
Camden, NJ 08102

            Case No.: 17−12458−JNP  
            Chapter: 7  
            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Prabakaran Kesavan  
   201 Route 38 West  
   Moorestown, NJ 08057

Social Security No.:  
   xxx−xx−3582

Employer's Tax I.D. No.:

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,  
OF HEARING ON APPLICATIONS FOR COMPENSATION  
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:                November 30, 2017  
TIME:                02:00 PM  
LOCATION:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $10,000.00  
TOTAL DISBURSEMENTS:   $54.00  
BALANCE ON HAND:      $9,946.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Trustee, Joseph Marchand

COMMISSION OR FEES  
$1,750

EXPENSES  
$42.20

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 17, 2017
JAN: lgr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-12458-JNP
Prabakaran Kesavan                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 17, 2017
                              Form ID: 192             Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db              +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224
acc             +Giuliano, Miller & Co., LLC,    Berlin Business Park,    140 Bradford Drive,
                  West Berlin, NJ 08091-9216
516634892       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516810772        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516634894       +Indira Prabakaran,    1 Brooklyn Court,    Blackwood, NJ 08012-3954
516634898       +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: jdmarchand@comcast.net Oct 17 2017 22:36:46      Joseph Marchand, Esq.,
                  117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2017 22:36:06      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2017 22:36:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516782165        E-mail/Text: mrdiscen@discover.com Oct 17 2017 22:35:23      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516634893       +E-mail/Text: mrdiscen@discover.com Oct 17 2017 22:35:23      Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
516945114        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 22:38:28
                  Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,   POB 41067,
                  Norfolk VA 23541
516634895       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 17 2017 22:36:21      Quickn Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
516634896       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2017 22:38:17      Synchrony Bank/Sams Club,
                  Po Box 965064,    Orlando, FL 32896-5064
516634897       +E-mail/Text: bankruptcy@td.com Oct 17 2017 22:36:08      TD Bank, N.A.,    Attn: Bankruptcy,
                  32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*            +Giuliano, Miller & Company LLC,    Berlin Business Park,    140 Bradford Drive,
                  West Berlin, NJ 08091-9216
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```