Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12458−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Prabakaran Kesavan
  201 Route 38 West
  Moorestown, NJ 08057

Social Security No.:
  xxx−xx−3582

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE:           November 30, 2017
TIME:           02:00 PM
LOCATION:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $10,000.00
TOTAL DISBURSEMENTS:     $54.00
BALANCE ON HAND:         $9,946.00

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Trustee, Joseph Marchand

COMMISSION OR FEES
$1,750.00

EXPENSES
$42.20

The trustee's application to abandon the following property will be heard and acted upon:
Books and Records with said abandonment to become effective on the return date of
the Final Hearing scheduled in this case, if no objection is filed thereto.

***PLEASE NOTE THAT THIS NOTICE CORRECTS THE PREVIOUS NOTICE DATED 10/17/17***

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: October 30, 2017
JAN: lgr

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12458-JNP
Prabakaran Kesavan                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Oct 30, 2017
                                Form ID: 192           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
```
db          +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224
acc         +Giuliano, Miller & Co., LLC,    Berlin Business Park,    140 Bradford Drive,
              West Berlin, NJ 08091-9216
516634892   +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516810772    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516634894   +Indira Prabakaran,    1 Brooklyn Court,    Blackwood, NJ 08012-3954
516634898   +Wells Fargo Bank,    Mac-F8235-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: jdmarchand@comcast.net Oct 30 2017 22:51:09     Joseph Marchand, Esq.,
              117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:21     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516782165    E-mail/Text: mrdiscen@discover.com Oct 30 2017 22:49:38     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516634893   +E-mail/Text: mrdiscen@discover.com Oct 30 2017 22:49:38     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
516945114    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 23:20:13
              Portfolio Recovery Associates, LLC,    c/o Sams Club Mastercard,    POB 41067,
              Norfolk VA 23541
516634895   +E-mail/Text: bankruptcyteam@quickenloans.com Oct 30 2017 22:50:43     Quickn Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
516634896   +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2017 22:53:55     Synchrony Bank/Sams Club,
              Po Box 965064,    Orlando, FL 32896-5064
516634897   +E-mail/Text: bankruptcy@td.com Oct 30 2017 22:50:24     TD Bank, N.A.,    Attn: Bankruptcy,
              32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*        +Giuliano, Miller & Company LLC,    Berlin Business Park,    140 Bradford Drive,
              West Berlin, NJ 08091-9216
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net,
               jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```