UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on November 2, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | | |
|---|---|---|
| In Re: | : | Case No. 17-12458/JNP |
| Prabakaran Kesavan, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Jerrold N. Poslusny, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES TO THE ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 2, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):   Prabakaran Kesavan
Case No:    17-12458/JNP

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**IT IS FURTHER ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $2,016.00; and shall be allotted Expenses in the amount of $137.85; for a total award of $2,153.85.