UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 30, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Prabakaran Kesavan

| | |
|---|---|
| Case No.: | 17-12458 |
| Hearing Date: | 11/30/2017 |
| Judge: | JNP |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: | : |
| Prabakaran Kesavan, | : |
| | : |
| Debtor(s) | :   Case No.  17-12458/JNP |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 30th, day of November, *2017*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,750.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $42.20 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.