| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In Re:<br><br>Prabakaran Kesavan | Case No.: 17-12458<br><br>Hearing Date: 11/30/2017<br><br>Judge: JNP<br><br>Chapter: 7 |

Order Filed on November 30, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-12458-JNP    Doc 51    Filed 12/02/17    Entered 12/03/17 00:14:38    Desc Imaged
Case 17-12458-JNP    Doc 51    Filed 12/02/17    Entered 12/03/17 00:14:38    Desc
Unsigned Order Awarding Trustee's Compensation and Expenses    Page 1 of 1
Certificate of Notice    Page 2 of 3

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:                              :
Prabakaran Kesavan,                 :
                                    :
Debtor(s)                           :    Case No. 121/17-12458/JNP

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 30th, day of November, *2017*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,750.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $42.20 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12458-JNP
Prabakaran Kesavan                                                        Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 30, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
db          +Prabakaran Kesavan,    201 Route 38 West,    Moorestown, NJ 08057-3224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
       Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
       Joseph J. Rogers    on behalf of Debtor Prabakaran  Kesavan jjresq@comcast.net, jjresq1@comcast.net
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5